UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.202.38.174,<br><br>　　　　　Defendant. | Case Number: 4:17-cv-07010-DMR<br><br>Honorable Donna M. Ryu<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER SEAL **AS MODIFIED** |

　　　THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Application for Leave to File First Amended Complaint and Proposed Summons Under Seal, and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE:  Plaintiff's Application is <u>provisionally</u> granted.  Plaintiff may file its First Amended Complaint and proposed summons under seal.  <u>The docket shall be updated to reflect that Defendant's name is under seal.  If Defendant seeks to proceed anonymously in this case, Defendant must file a motion seeking leave to do so by no later than July 9, 2018.  If no such motion is filed by July 9, 2018, the First Amended Complaint will be unsealed and the docket will be updated to reflect Defendant's name.</u>

　　　SO ORDERED this 23rd day of May, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　Honorable Donna M. Ryu

*IT IS SO ORDERED*
/s/ Judge Donna M. Ryu

1