| Attorney or Party without Attorney:<br>FOX ROTHSCHILD LLP<br>   LINCOLN D. BANDLOW, ESQ. (SBN: 170449)<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>   Telephone No: 310-598-4150<br><br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION | | |
| Plaintiff: STRIKE 3 HOLDINGS, LLC<br>Defendant: [REDACTED], | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:17-cv-07010-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST

3. a. Party served:   **REDACTED**
   b. Person served:   party in item 3.a.

4. Address where the party was served:   **REDACTED**

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 04 2018 (2) at: 07:08 AM

6. **Person Who Served Papers:**
   a. Jeff Higley (913, Contra Costa)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                        06/04/2018
                                         (Date)                    (Signature)



PROOF OF SERVICE

2339311
(3647272)

**ATTACHMENT TO PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

**STRIKE 3 HOLDINGS, LLC vs. [REDACTED],**

**4:17-cv-07010-DMR**

|     | **List of Documents Served** |
| --- | --- |
| 1 | Complaint For Copyright Infringement – Demand For Jury Trial |
| 1-1 | Exhibit A to Complaint |
| 1-2 | Civil Cover Sheet |
| 2 | Certificate of Interested Entities or Persons |
| 3 | Notice of Filing Rule 7.1 Disclosure Statement |
| 4 | Notice of Case Assignment to Magistrate Judge Donna Ryu |
| 5 | Order Setting Initial Case Management Conference And ADR Deadlines |
| 6 | Report on The Filing or Determination Action on Appeal Regarding a Copyright |
| 7 | Consent or Declination to Magistrate Judge Jurisdiction |
| 8 | Notice of Motion And *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference; Memorandum of Points And Authorities in Support Thereof |
| 8-1 | Exhibit A Declaration of Greg Lansky In Support of *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference |
| 8-2 | Exhibit B Declaration Tobias Fieser In Support of *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference |
| 8-3 | Exhibit C Declaration Susan B. Stalzer In Support of *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference |
| 8-4 | [Proposed] Order on *Ex-Parte* Motion For Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference |
| 9 | Modified Order on *Ex-Parte* Motion For Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference – Signed |

| 10 | Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
|---|---|
| 10-1 | [Proposed] Order on Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
| 11 | Order on Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
| 12 | Plaintiff's *Ex-Parte* Application For Extension of Time Within Which to Effective Service on John Doe Defendant |
| 12-1 | Plaintiff's *Ex-Parte* Application For Extension of Time Within Which to Effective Service on John Doe Defendant |
| 13 | Order on Plaintiff's *Ex-Parte* Application For Extension of Time Within Which to Effective Service on John Doe Defendant |
| 14 | *Ex-Parte* Application For Leave to File the First Amended Complaint And Proposed Summons Under Seal |
| 14-1 | [Proposed] Order on *Ex-Parte* Application For Leave to File the First Amended Complaint And Proposed Summons Under Seal |
| 14-2 | First Amended Complaint For Copyright Infringement – Demand For Jury Trial [REDACTED] |
| 14-3 | Exhibit A to First Amended Complaint |
| 14-4 | Summons to First Amended Complaint [REDACTED] |
| 15 | Order Granting As Modified Application For Leave to File Under Seal |
| 16 | First Amended Complaint For Copyright Infringement – Demand For Jury Trial [REDACTED] |
| 16-1 | Exhibit A to First Amended Complaint |
| 16-2 | Summons to First Amended Complaint [REDACTED] |
| 17 | First Amended Complaint For Copyright Infringement – Demand For Jury Trial [UNDER SEAL] |
| 17-1 | Exhibit A to First Amended Complaint [UNDER SEAL] |
| 17-2 | Summons to First Amended Complaint [UNDER SEAL] |
| 18 | Summons ISSUED on 5.24.18 [UNDER SEAL] |